**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of M.F.

Appellate case number:   01-12-00374-CV

Trial court case number:  2010-05847J

Trial court:                     315th District Court of Harris County

On April 30, 2012, appellant, Valeria Sanchez AKA Valeria Ash AKA Valeria Youngblood, filed an affidavit of indigence in the trial court in the above-referenced matter. *See* TEX. R. APP. P. 20.1(a)(2). On June 25, 2012, the district clerk filed a clerk's record on indigence. The record reflects that no contest to the affidavit of indigence was filed. *See* TEX. R. APP. P. 20.1(e). Therefore the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the District Clerk file with this Court, within 10 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k), 35.1(b).

Appellant's brief is **ORDERED** filed with this Court within 20 days after the date the clerk's record is filed.[1] *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 20 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Justice Terry Jennings
                    ☑   Acting individually      ☐ Acting for the Court

Date: July 11, 2012

---

[1]      The reporter's record was filed on May 24, 2012.